1831.

DE PEYSTER
v.
COLDEN.

---

DE PEYSTER *vs.* COLDEN and others.

---

When a cause is set down for hearing upon bill and answer, no evidence can be gone into. In this case it was asked, that certain receipts might be proved at the hearing: which was refused.

---

THIS cause was on the calendar upon bill and answer.

Mr. *C. Graham* now presented a petition, on the part of the defendants, for leave to prove receipts at the hearing of the cause.

Mr. *F. B. Cutting*, opposed.

THE VICE-CHANCELLOR. This may possibly be a proper case for an amendment of the answer, so as to let the receipts appear on the face of it: but you can never be allowed to introduce evidence not contained in the answer, when the cause is set down on bill and answer only.

*July 26. 1831.*

*Practice.*
*Bill and answer.*
*Proofs on hearing.*

Application refused.